IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01919-REB-MEH

CINDY FLYNN,

    Plaintiff,

v.

WELLS FARGO N.A./
BANK OF NEW YORK TRUST COMPANY, N.A.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2008.**

    Plaintiff's Emergency Motion for Stay of Foreclosure/Eviction Pending Appeal and/or Full Adjudication of this Case [filed September 8, 2008; docket #2] is stricken for failure to comply with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).