IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01919-REB-MEH

CINDY FLYNN,

    Plaintiff,

v.

WELLS FARGO N.A./
BANK OF NEW YORK TRUST COMPANY, N.A.

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter before me is the magistrate judge's **Recommendation For Dismissal Without Prejudice For Lack of Service** [#15] filed February 18, 2009. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation For Dismissal Without Prejudice For Lack of Service** [#15] filed February 18, 2009, is **APPROVED AND**

---

[1] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**ADOPTED** as an order of this court;

    2. That plaintiff's **Complaint** [#1] filed September 8, 2008, is **DISMISSED WITHOUT PREJUDICE** for failure to effect timely and proper service on defendant.

Dated March 18, 2009, at Denver, Colorado.

                                                      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge